## IN THE UNITED STATES DISTRICT COURT
## OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INSIDER INC.,** | ) |
| One Liberty Plaza, 8th Floor | ) |
| New York, NY 10006 | ) |
| | ) |
| **MATTATHIAS SCHWARTZ,** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
|     **v.** | ) |
| | ) |
| **U.S. DEPARTMENT OF DEFENSE,** | ) |
| 1155 Defense Pentagon | ) |
| Washington, D.C. 20301 | ) |
| | ) |
|     **Defendant.** | ) |

## COMPLAINT

1.      Plaintiffs INSIDER INC. and MATTATHIAS SCHWARTZ bring this Freedom of

Information Act suit to force Defendant U.S. DEPARTMENT OF DEFENSE ("DOD") to produce

DOD's communication with President Trump and Vice President Pence, among others, regarding

violence that occurred at the U.S. Capitol on January 6, 2021, as well as any tabletop exercises

that DOD prepared or conducted in anticipation of potential violence at the January 6, 2021 event.

In violation of FOIA, DOD failed to issue a determination within the statutory deadline and failed

to produce records responsive to the requests.

### PARTIES

2.      MATTATHIAS SCHWARTZ is an investigative journalist who made the FOIA

requests at issue in this case.  He is employed at INSIDER INC., an international news organization

based in New York City with a Washington D.C. bureau.

3.      Defendant U.S. DEPARTMENT OF DEFENSE is a federal agency subject to the

Freedom of Information Act, 5 U.S.C. § 552.

**JURISDICTION AND VENUE**

4.      This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court.  *See* 28 U.S.C. § 1331.

5.      Venue is proper under 5 U.S.C. § 552(a)(4)(B).

**JANUARY 12, 2021 FOIA REQUEST (COMMUNICATIONS)**

6.      On January 12, 2021, SCHWARTZ submitted a FOIA request (the "Request") to DOD for "[a]ll records, containing, summarizing, or otherwise relating to communications between (1) any individual within JCS/OSD and (2) the (a) President, or the (b) Vice President, or any individual within the (c) National Security Council or the (d) Executive Office of the President."  Plaintiffs limited the search to communications that occurred on January 5 and January 6, 2021.  Plaintiffs also limited the records to communications "relevant to protests and related violence that occurred" on or preparations made for January 6, 2021.  Ex. 1 at 1.

7.      DOD assigned reference number 21-F-0422 to the matter.  *Id.* at 1.

8.      On January 22, 2021, SCHWARTZ amended the Request and sought expedited processing.  *Id.* at 2-3.

9.      On February 17, 2021, per DOD's request, SCHWARTZ provided a written justification for expedited processing.  Ex. 2.

10.     On February 18, 2021, DOD granted expedited processing of the Request.  Ex. 3.

11.     On April 14, 2021, in response to SCHWARTZ's inquiry on the status of the Request, DOD stated that the estimated date of completion for the Request is September 2021. Ex. 4.

12.     Between June 2021 and September 2021, SCHWARTZ sought a status update of the Request on multiple occasions.  Throughout this period, DOD maintained that the estimated date of completion for the Request is September 2021.

13.     On September 30, 2021, SCHWARTZ informed DOD of his new role as a full-time reporter for INSIDER.  SCHWARTZ updated his contact information to his personal email.

14.     Having received no further correspondence, SCHWARTZ sought another status update and an estimated date of completion for the Request on October 6, 2021, but DOD never responded.  Ex. 5.

15.     On October 19, 2021, SCHWARTZ appealed the constructive denial of the Request.  Ex. 6.

16.     As of the date of this filing, DOD has not issued a determination within twenty business days under 5 U.S.C. § 552(a)(6)(A)(i) and has not complied with the statutory requirement under 5 U.S.C. § 552(a)(3)(A) to make the records promptly available to any person.

**JANUARY 21, 2021 FOIA REQUEST (TABLETOP EXERCISE)**

17.     On January 21, 2021, SCHWARTZ submitted a FOIA request (the "Request") to DOD for "[a]ll documents and other records relating to a tabletop exercise regarding DoD contingency response options that took place on the morning of January 6" and "[a]ll open-source reports and other reports relating to protests and related violence that took place in Washington DC on January 6."  Ex. 7.

18.     DOD assigned reference number 21-F-0423 to the matter.  *Id.*

19.     On February 4, 2021, DOD stated that it cannot respond within the FOIA's twenty-day statutory deadline.  DOD informed SCHWARTZ that there are approximately 3,591 open requests.  Ex. 8.

20.     On December 22, 2021, SCHWARTZ sought the estimated date of completion for the Request, but DOD never responded.  Ex. 9.

21.    As of the date of this filing, DOD has not issued a determination within twenty business days under 5 U.S.C. § 552(a)(6)(A)(i) and has not complied with the statutory requirement under 5 U.S.C. § 552(a)(3)(A) to make the records promptly available to any person.

## COUNT I – JANUARY 12, 2021 FOIA REQUEST (COMMUNICATION), DOD'S FOIA VIOLATION

22.    The above paragraphs are incorporated herein.

23.    The Request seeks disclosure of agency records and were properly made.

24.    DOD is a federal agency and subject to FOIA.

25.    Included within the scope of the Request are one or more records or portions of records that are not exempt under FOIA.

26.    In violation of 5 U.S.C. § 552(a)(6)(A)(i) and (a)(3)(A), DOD has failed to issue a determination and has failed to promptly produce records responsive to the Request.

## COUNT II – JANUARY 21, 2021 FOIA REQUEST (TABLETOP EXERCISE), DOD'S FOIA VIOLATION

27.    The above paragraphs are incorporated herein.

28.    The Request seeks disclosure of agency records and were properly made.

29.    DOD is a federal agency, subject to FOIA.

30.    Included within the scope of the Request are one or more records or portions of records that are not exempt under FOIA.

31.    In violation of 5 U.S.C. § 552(a)(6)(A)(i) and (a)(3)(A), DOD has failed to issue a determination and has failed to promptly produce records responsive to the Request.

**WHEREFORE**, Plaintiffs ask the Court to:

i.    declare that DOD has violated FOIA;

ii.    order DOD to conduct a reasonable search for records responsive to the requests and issue determinations pursuant to 5 U.S.C. § 552(a)(3)(B)-(C) and (6)(A)(i);

iii.    order DOD to promptly produce all non-exempt records responsive to the requests or portions of the requests pursuant to 5 U.S.C. § 552(a)(3)(A);

iii.    enjoin DOD from withholding non-exempt public records under FOIA pursuant to 5 U.S.C. § 552(a)(4)(B);

iv.    award Plaintiffs attorneys' fees and costs pursuant to 5 U.S.C. § 552(a)(4)(E)(i); and

v.    award such other relief the Court considers appropriate.

Dated: January 6, 2022

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorney for Plaintiffs
INSIDER INC.,
MATTATHIAS SCHWARTZ,

Matthew Topic, D.C. Bar No. IL 0037
Merrick Wayne, D.C. Bar No. IL 0058
Shelley Geiszler, D.C. Bar No. IL 0087
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com