IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSIDER INC., ) | |
| MATTATHIAS SCHWARTZ, ) | |
| ) | Civ. A. No. 22-cv-28 |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF DEFENSE, ) | |
| ) | |
| Defendant. ) | |

## RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff's counsel apologizes for failing to file notice of Plaintiff's address under seal. The failure was caused by an internal administrative error and has been corrected. The notice has now been filed.

Dated: April 11, 2022

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorney for Plaintiffs
INSIDER INC.,
MATTATHIAS SCHWARTZ,

Matthew Topic, D.C. Bar No. IL 0037
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com