IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| INSIDER, INC., <br> One Liberty Plaza, 8th Floor <br> New York, NY 10006, <br><br> and <br><br> MATTATHIAS SCHWARTZ <br><br>                Plaintiffs, <br>     v. <br><br> U.S. DEPARTMENT OF DEFENSE, <br> 1155 Defense Pentagon <br> Washington, DC 20301 <br><br>                Defendant. | Case No. 1:22-cv-00028 (BAH) |

**JOINT STATUS REPORT**

      Pursuant to this Court's Order dated April 1, 2022, Plaintiffs Insider, Inc. and Mattathias Schwartz (collectively Plaintiffs) and Defendant United States Department of Defense (DOD) respectfully submit the following joint status report.

      1.      This case concerns Plaintiffs' multiple FOIA requests. Plaintiffs seek records from DOD seeking "[a]ll records, containing, summarizing, or otherwise relating to communications between (1) any individual within the [Joint Chiefs of Staff/Office of the Secretary of Defense] and (2) the (a) President, or the (b) Vice President, or any individual within the (c) National Security Council or the (d) Executive Office of the President." Compl. ¶ 6. Plaintiffs also seek "[a]ll documents and other records relating to a tabletop exercise regarding DOD contingency response options that took place on the morning of January 6[, 2021], and

"[a]ll open-source reports and other reports relating to protests and related violence that took place in Washington DC on January 6." Compl. ¶17.

2. DOD has completed its initial searches for both FOIA requests, and has begun its initial processing, including the removal of non-responsive material. As processing is completed for a given set of materials, DOD will produce responsive, non-exempt materials to Plaintiffs on a rolling basis.

3. DOD has also begun the process of evaluating whether any non-exempt materials previously released in response to other FOIA requests may be responsive to the FOIA requests in issue here, and will produce non-exempt portions of any such materials that DOD determines to be responsive to either or both of Plaintiffs' FOIA requests as soon as practicable.

4. The parties will propose a briefing schedule for summary judgment, if necessary, after the conclusion of DOD's productions.

5. The parties propose to file a joint status report on or before July 1, 2022, updating the Court on the status of DOD's searches and productions.

| | |
|---|---|
| Dated: May 2, 2022 | Respectfully submitted, |

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Lee Reeves*
LEE REEVES
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-0773
Facsimile: (202) 616-8460

*Counsel for Defendants*


*/s/ Josh Loevy*
JOSH LOEVY, D.C. Bar No. IL0105
LOEVY & LOEVY
311 N. Aberdeen Street
Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com


*Counsel for Plaintiffs*