IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSIDER, INC.,<br>One Liberty Plaza, 8th Floor<br>New York, NY 10006,<br><br>and<br><br>MATTATHIAS SCHWARTZ<br><br>          Plaintiffs,<br>v.<br><br>U.S. DEPARTMENT OF<br>DEFENSE,<br>1155 Defense Pentagon<br>Washington, DC 20301<br><br><br>          Defendant. | Case No. 1:22-cv-00028 (BAH) |

**JOINT STATUS REPORT**

    Pursuant to this Court's Order dated April 1, 2022, Plaintiffs Insider, Inc. and Mattathias Schwartz (collectively Plaintiffs) and Defendant United States Department of Defense (DOD) respectfully submit the following joint status report.

    1. This case concerns Plaintiffs' multiple FOIA requests. Plaintiffs seek records from DOD seeking "[a]ll records, containing, summarizing, or otherwise relating to communications between (1) any individual within the [Joint Chiefs of Staff/Office of the Secretary of Defense] and (2) the (a) President, or the (b) Vice President, or any individual within the (c) National Security Council or the (d) Executive Office of the President." Compl. ¶6. Plaintiffs also seek "[a]ll documents and other records relating to a tabletop exercise regarding DOD contingency response options that took place on the morning of January 6[, 2021], and "[a]ll open-source

reports and other reports relating to protests and related violence that took place in Washington DC on January 6." Compl. ¶17.

2. DOD has completed its initial searches and processing, including the removal of non-responsive material, for Plaintiffs' FOIA requests. By letters dated July 7, 2022, July 27, 2022, August 19, 2022, September 30, 2022, October 28, 2022, November 30, 2022, January 5, 2023, January 31, 2023, February 28, 2023, April 8, 2023, and May 31, 2023, DOD made productions to Plaintiffs. DOD's productions are now complete.

3. The parties are conferring about next steps and working to narrow or resolve all outstanding issues. Specifically, Plaintiff has made inquiries regarding the scope of Defendant's search which Defendant is evaluating.

4. The parties propose to file a joint status report on or before September 30, 2024, updating the Court on the status of the case.

Dated: July 30, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Lee Reeves*
LEE REEVES
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-0773
Facsimile: (202) 616-8460

*Counsel for Defendants*

*/s/ Merrick Wayne*
Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
(312) 243-5900
foia@loevy.com

*Counsel for Plaintiffs*

3